UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIAM J. BOHAC, ) <br> ) <br> Defendant. ) | Case No. 2:11CR00323-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   WILLIAM J. BOHAC  , Case No. 2:11CR00323-JAM  , Charge  21USC § 846 & 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ 220,000.00

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)   Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  September 1, 2011  at  10:23 am  .

By   /s/ Dale A. Drozd
      Dale A. Drozd
      United States Magistrate Judge

Copy 5 - Court