**DINA L. SANTOS**
A Professional Law Corporation
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CRS 11-323  JAM |
| Plaintiff, ) | |
| ) | ORDER FOR WAIVER OF DEFENDANT'S PRESENCE |
| v. ) | |
| **WILLIAM BOHAC** ) | |
| Defendant ) | |
| _____ ) | |

     The defendant, WILLIAM BOHAC, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Defendant hereby request the court to proceed during every absence of him which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

1  Defendant further acknowledges that he has been informed of her rights under Title 18
2  U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and
3  delays under the provisions of that Act without defendant being present.

Dated: October 3, 2011          /s/ William Bohac
                                WILLIAM BOHAC
                                Client

Dated: October 3, 2011          /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for William Bohac

## ORDER

It is so ordered.

Dated:  October 4, 2011         /s/ John A. Mendez
                                Hon. John. A. Mendez
                                U.S. District Court Judge