JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JONATHAN GANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM BOHAC, JONATHAN GANEY, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> ) | NO. CR-S-11-323 JAM <br><br> **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE** <br><br> Date: March 5, 2013 <br> Time: 9:45 a.m. <br> Judge: John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and WILLIAM BOHAC, by and through his counsel, Dina Santos, that the status conference for Tuesday, January 29, 2013 be vacated, and a new status conference date of Tuesday, March 5, 2013, at 9:45 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the clients to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, January 24, 2013, through and including the date of the new status conference hearing, March 5, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 24, 2013

                                          Respectfully submitted,

                                          JOSEPH SCHLESINGER

                                          Acting Federal Defender

                                          */s/ Matthew C. Bockmon*
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JONATHAN GANEY

Dated: January 24, 2013                      */s/ Matthew C. Bockmon for*
                                            DINA SANTOS
                                            Attorney for Defendant
                                            WILLIAM BOHAC

Dated: January 24, 2013                      BENJAMIN B. WAGNER
                                            United States Attorney

                                By:    */s/ Matthew C. Bockmon for*
                                            JARED DOLAN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 24, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 29, 2013, be vacated and that the case be set for **Tuesday, March 5, 2013, at 9:45 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 24, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, January 24, 2013, through and including March 5, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: January 24, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge