1 DINA L. SANTOS, Bar #204200
A Professional Law Corporation
2 428 J Street, 3rd Floor
Sacramento, California 95814
3 Telephone: (916) 447-0160

4

5 Attorney for Defendant
WILLIAM BOHAC
6

7           IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    ) No. CR-S 11-323 JAM
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER MODIFYING
13     v.                       ) CONDITIONS OF RELEASE (Amended)
                                )
14                              )
WILLIAM BOHAC,                  )
15                              )
                                )
16              Defendants.     )

17 _____

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant William Bohac that the bond securing Mr.

21 Bohac's release be secured only by his primary residence located at

22 8933 Matthews Lane, Marysville, CA 95901.  The total amount of the Bond

23 will now be $120,000.  The property located at 4688 Foothill Blvd,

24 Oroville, CA 95966 is hereby released to Ms. Barbara Fisher.

25     Ms. Fisher is having financial difficulties that require her to

26 sell her property located at 4688 Foothill Blvd, Oroville, CA 95966.

27

28

The Court is advised that all counsel and Pretrial Services have conferred about this request, that they have agreed to amend the property bond amount and release the property located at 4688 Foothill Blvd, Oroville, California; and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: January 9, 2013          /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                William Bohac


Dated: January 9, 2013          /S/ Jared Dolan
                                JARED DOLAN
                                Assistant United States Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED**.
          By the Court,


Dated: February 26, 2013        /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge