DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
WILLIAM BOHAC


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 11-323 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | BRIEFING SCHEDULE AND J&S |
| | ) | |
| WILLIAM BOHAC, | ) | Date:  August 20, 2013 |
| Defendant | ) | Time:  9:45 a.m. |
| | ) | Judge: Hon. Mendez |
| _____ | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney JARED DOLAN, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant WILLIAM BOHAC; that current date scheduled for June 18, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 20, 2013, at 9:45 a.m, for judgement and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

Judgement and Sentencing Date:          August 20, 2013

Reply or statement of No Opposition     August 13, 2013

Formal Objections                       August 6, 2013

```
 1      Informal Objections                    July 30, 2013
 2      Proposed Pre-Sentence Report           July 16, 2013
 3
 4      The Court is advised that all counsel have conferred about this
 5 request, that they have agreed to the August 20, 2013 date, and that
 6 Mr. Dolan has authorized Ms. Santos to sign this stipulation on his
 7 behalf.
 8      **IT IS SO STIPULATED**.
 9
10 Dated: June 14, 2013              /S/ Dina L. Santos
                                     DINA L. SANTOS
11                                   Attorney for Defendant
                                     Jared Dolan
12
13
14
15 Dated: June 14, 2013              /S/ Jared Dolan
                                     JARED DOLAN
                                     Assistant United States Attorney
16                                   Attorney for Plaintiff
17
                                  O R D E R
18
       **IT IS SO ORDERED**.
19
               By the Court,
20
21
22 Dated: June 14, 2013              /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge
23
24
25
26
27
28
```