BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00323-JAM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| WILLIAM JOSEPH BOHAC, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant William Joseph Bohac, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant William Joseph Bohac's interest in the following properties shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)   Approximately $46,000.00 in U.S. Currency

2. The above-listed properties constitute properties used, or intended to be used, in any manner or part, to commit, or to

1  facilitate the commission of a violation of 21 U.S.C. §§ 846 and
2  841(a)(1), or constitute or are derived from proceeds obtained,
3  directly or indirectly, as a result of the said violations.
4       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-listed
6  properties. The aforementioned properties shall be seized and
7  held by the U.S. Marshals Service and/or the Internal Revenue
8  Service - Criminal Investigation, in their secure custody and
9  control.
10      4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
11 the United States shall publish notice of the order of
12 forfeiture.  Notice of this Order and notice of the Attorney
13 General's (or a designee's) intent to dispose of the property in
14 such manner as the Attorney General may direct shall be posted
15 for at least 30 consecutive days on the official internet
16 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
17 may also, to the extent practicable, provide direct written
18 notice to any person known to have alleged an interest in the
19 properties that are the subject of the order of forfeiture as a
20 substitute for published notice as to those persons so notified.
21           b.   This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 properties, must file a petition with the Court within sixty (60)
24 days from the first day of publication of the Notice of
25 Forfeiture posted on the official government forfeiture site, or
26 within thirty (30) days from receipt of direct written notice,
27 whichever is earlier.
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 16th day of September, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge