Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM BOHAC,<br><br>          Defendant. | CASE NO. 11-CRS-0323-JAM<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S TO |

**STIPULATION**

1.     It is hereby stipulated by and between Assistant United States Attorney JARED DOLAN, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant WILLIAM BOHAC, that the current date scheduled for September 9, 2014, be vacated and the matter be continued to this Court's criminal calendar on November 18, 2014, at 9:30 a.m. for judgment and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | November 18, 2014 |
| Reply or Statement of non-opposition: | October 28, 2014 |
| Formal Objections: | October 14, 2014 |
| Informal Objections: | September 30, 2014 |

IT IS SO STIPULATED.

Stip. & [Proposed] Order Continuing J&S                    1

| | |
|---|---|
| Dated:  September 9, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Jared Dolan<br>JARED DOLAN<br>Assistant United States Attorney |
| Dated:  September 9, 2014 | /s/   Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for William Bohac |

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of September, 2014

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Stip. & [Proposed] Order Continuing J&S       2