Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILLIAM BOHAC,<br><br>                    Defendant. | CASE NO.  11-CRS-0323-JAM<br><br>STIPULATION AND ORDER RESETTING J&S TO 2/24/15 |

**STIPULATION**

1.     It is hereby stipulated by and between Assistant United States Attorney JARED DOLAN, and Attorney Dina L. Santos, Counsel for Defendant WILLIAM BOHAC, that the current date scheduled for January 20, 2015, be vacated and the matter be continued to this Court's criminal calendar on February 24, 2015, at 9:30 a.m. for judgment and sentencing.

Dated:  January 16, 2015                            BENJAMIN B. WAGNER
                                                    United States Attorney


                                                     /s/ Jared Dolan
                                                    JARED DOLAN
                                                    Assistant United States Attorney


Dated:  January 16, 2015                             /s/   Dina L. Santos
                                                    DINA SANTOS, ESQ.
                                                    Attorney for William Bohac

Stip. & [Proposed] Order Continuing J&S                    1

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of January, 2015

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE