Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BOHAC,<br>　　　　　　　　Defendant. | CASE NO. 11-CRS-0323-JAM<br><br>STIPULATION AND ORDER RESETTING J&S TO 4/14/15 |

**STIPULATION**

1.　It is hereby stipulated by and between Assistant United States Attorney JARED DOLAN, and Attorney Dina L. Santos, Counsel for Defendant WILLIAM BOHAC, that the current date scheduled for February 24, 2015, be vacated and the matter be continued to this Court's criminal calendar on April 14, 2015, at 9:15 a.m. for judgment and sentencing.

Dated: February 20, 2015　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　/s/ Jared Dolan
　　　　　　　　　　　　　　　　　　　JARED DOLAN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: February 20, 2015　　　　　　　　/s/  Dina L. Santos
　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　Attorney for William Bohac

Stip. & [Proposed] Order Continuing J&S　　　　1

**ORDER**

IT IS SO FOUND AND ORDERED this 20th day of February, 2015

/s/ John A. Mendez

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE