Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11-CRS-0323-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESETTING J&S TO 4/28/15 |
| v. | |
| WILLIAM BOHAC, | |
| Defendant. | |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney JARED DOLAN, and Attorney Dina L. Santos, Counsel for Defendant WILLIAM BOHAC, that the current date scheduled for April 14, 2015, be vacated and the matter be continued to this Court's criminal calendar on April 28, 2015, at 9:15 a.m. for judgment and sentencing.

Dated: April 13, 2015                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Jared Dolan
                                     JARED DOLAN
                                     Assistant United States Attorney

Dated: April 13, 2015                /s/ Dina L. Santos
                                     DINA SANTOS, ESQ.
                                     Attorney for William Bohac

Stip. & [Proposed] Order Continuing J&S                1

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of April, 2015

/s/ John A. Mendez

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE