**DINA L. SANTOS, SBN 204200**
A Professional Law Corp.
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Defendant
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. CRS - 11-323-JAM |
| v. | **REQUEST FOR ORDER &<br>ORDER EXONERATING BOND** |
| **WILLIAM BOHAC**, | |
| Defendant. | |

  In the above referenced case, Mr. Bohac was ordered released on a $120,000 Secured Bond.  The property located at 8933 Matthews Lane, Marysville, California, owned by Ms. Barbara Fisher, was posted and a deed of trust and promissory note was recorded against this property:

  The above captioned matter has now been settled.  It is hereby requested that the Secured bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Surities, the Deeds of Trust and Promissory Notes.

Dated: August 24, 2015            /s/ Dina L. Santos

|   |   |
|---|---|
| 1 | |
| 2 | DINA L. SANTOS<br>Attorney for Defendant<br>WILLIAM BOHAC |

## ORDER

It is hereby ordered that the Secured bond in the amount of $120,000, posted by and secured by a deed of trust and promissory note from the following property and person:

    Ms. Barbara Fisher
    8933 Matthews Lane
    Marysville, California

is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor the Deeds of Trust and Promissory Notes.

Dated: August 25, 2015

                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              U.S. DISTRICT COURT JUDGE