IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.<br><br>v.<br><br>William J. Bohac | Case №: 2:11-cr-00323-JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and seeks a second opinion/limited consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Dina Santos is appointed to represent the above defendant in this case effective *nunc pro tunc* to September 24, 2021.

This appointment shall remain in effect until further order of this court.

DATED: October 7, 2021            /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE