Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
WILLIAM BOHAC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BOHAC,<br><br>　　　　　　　Defendant | CASE NO. 11-CR-00323 JAM<br><br>MOTION AND STIPULATION AND ORDER TO TERMINATE SUPERVISED RELEASE |

　　　　Defendant, WILLIAM BOHAC, by and through his Counsel, Dina Santos, herby moves the Court for an order terminating his term of supervised release pursuant to 18 U.S.C. Section 3583(e) (1).

**I.　　FACTS AND PROCEDUREL HISTORY**

　　　　On April 28, 2014, Mr. Bohac was sentenced to a term of 60 months imprisonment and a 5-year term of supervised release. ECF 186. On October 15, 2019, Mr. Bohac was released from custody and began serving his term of supervised release.

**II.　　APPLICABLE LAW**

　　　　Title 18 U.S.C. Section 3583€ provides in relevant part:

　　　　The Court may, after considering the factors set forth in section 3553(a)(1),(a)(2)(B), (a)(2)(c), (a)(2)(D),(a)(4), (a)(5), (a)(6), and (a)(7)-

1. Terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

1

Some of the factors the Court must consider are the nature and circumstances of the offense, the characteristics of the defendant, deterrence, protection of the public, and whether rehabilitation or corrective training is needed.

### III. SUPERVISION HISTORY

Mr. Bohac began his term of supervised release on October 15, 2019. He has successfully reintegrated into society, restoring his relationship with his wife and family. Mr. Bohac is 72 years old and suffers from serious health issues, including colon cancer. Mr. Bohac is supervised by U.S. Probation Officer Miriam Olea, who reports he has complied with all conditions of supervised release. Ms. Olea authorized the undersigned to inform the Court that she does not object to early termination. The Assistant United States Attorney, Mr. Michael Beckwith, also agrees and stipulates to this request for early termination of supervised release.

### IV. REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

Pursuant to 18 U.S.C. Section 3583e(1), the Court may terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release. United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014). As set forth above, Mr. Bohac has successfully completed approximately 2 years and 4 months of supervised release without any violations. Mr. Bohac believes he has derived the maximum benefit from supervision and continued supervision is not necessary.

Accordingly, in light of Mr. Bohac's exemplary conduct and full compliance with the terms imposed by this Court, his term of supervised release should be terminated immediately in the interest of justice.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: February 11, 2022 | | PHILLIP TALBERT<br>United States Attorney |
| | | |
| | | /s/Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant United States Attorney |
| | | |
| Dated: February 11, 2022 | | /s/  Dina L. Santos<br>DINA L. SANTOS, ESQ.<br>Attorney for William Bohac |

**ORDER**

Pursuant to 18 U.S.C. Section 3483(e)(1) and defendant's request, and good cause appearing therefor, the term of supervised release imposed on April 28, 2015, is terminated immediately.

IT IS SO FOUND AND ORDERED this 16th day of February, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3